# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| CHRISTOPHER JOHNSON D/B/A/ GOURMENT FOODS CREATIVE, | : No. 98 WM 2017 |
| Petitioner | : |
| v. | : |
| CASTLE CO-PACKERS/BRIAN DWORKIN, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2018, the Application for Extraordinary Relief is DENIED.